**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**LARRY LEE** **PLAINTIFF**

**V.** **CAUSE NO. 3:23-CV-260-DPJ-ASH**

**VITAL CORE HEALTH STRATEGIES, LLC , et al.** **DEFENDANTS**

**MOTION FOR SUMMARY JUDGMENT FOR**
**FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

COME NOW defendants VitalCore Health Strategies, LLC, Nurse Brookshire, "Nurse Wright," and Dr. Arnold, by and through counsel, and move the Court for summary judgment on the ground that the claims of the plaintiff, Larry Lee, are barred because he did not exhaust available administrative remedies before filing suit as required by the Prison Litigation Reform Act. In support of the motion, defendants would show as follows.

1. Lee was at all relevant times a prisoner in the custody of the Mississippi Department of Corrections. He is therefore subject to the provisions of the Prison Litigation Reform Act ("PLRA") with respect to this civil action, which include a requirement that a prisoner must exhaust all available administrative remedies with respect to an incident or condition of confinement before filing a civil action asserting a claim arising out of such incident or condition.

2. The uncontroverted evidence of record establishes that Lee did not exhaust administrative remedies with respect to his instant claims against the defendants.

3. Because the PLRA bars an action by a prisoner who has not exhausted available administrative remedies, Lee's failure to exhaust entitles the defendants to judgment as a matter of law dismissing the claims against them without prejudice.

In support of the motion, the defendants rely on the following:

(1) Complaint [1] and Response [13];

(2) Answer [20];

(3) Declaration of Marco Ugalde with ARP documents, attached hereto as Exhibit 1;

(4) Rules of Administrative Remedy Program set out in Section VIII of the MDOC Inmate Handbook, a copy of which is attached hereto as Exhibit 2.

WHEREFORE, the defendants ask the Court to enter judgment in their favor as a matter of law dismissing the claims against them without prejudice.

RESPECTFULLY SUBMITTED,

VITALCORE HEALTH STRATEGIES,
NURSE BROOKSHIRE, "NURSE WRIGHT,"
and DR. ARNOLD, Defendants

By: /s/ Michael Chase

JOHN G. WHEELER
Mississippi Bar No. 8652
jwheeler@mitchellmcnutt.com
MICHAEL CHASE
Mississippi Bar No. 5969
mchase@mitchellmcnutt.com

OF COUNSEL:

MITCHELL, MCNUTT & SAMS, P.A.
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MISSISSIPPI 38802-7120
Telephone: 662-842-3871
Facsimile: 662-842-8450

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT with the clerk of the Court using the ECF system and served a copy of the same on the plaintiff by mailing it to the last address he provided to the Court as follows:

Larry Lee #43383
EMCF
Unit 1-C
10641 Hwy 80 west
Meridian, MS 30307

DATED, this, the 6th day of May, 2024.

/s/ Michael Chase
MICHAEL CHASE



40151142v1