UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LARRY LEE | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 3:23-cv-260-ASH |
| UNKNOWN PLN WRIGHT, NURSE UNKNOWN BROOKSHIRE, DR. ARNOLD, and VITALCORE HEALTH STRATEGIES, LLC | DEFENDANTS |

JUDGMENT

For the reasons stated in the Order entered this date, the Court grants the summary-judgment motion [22] and dismisses all of Plaintiff's claims without prejudice. This action is dismissed.

SO ORDERED AND ADJUDGED, this the 27th day of February, 2025.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE